

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00269-CV

———————————————

LOUIS RAY MARTINEZ, SR., INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE AND/OR EXECUTOR OF THE ESTATE OF CARMEN
MEZA MARTINEZ, DECEASED, CYNTHIA MARTINEZ RODRIGUEZ, JOE
BENJAMIN RANGEL, JR., MICHAEL ANTHONY RANGEL, LOUIS RAY
MARTINEZ, JR., AND JONATHAN FRANK MARTINEZ, Appellants

V.

BAYLOR UNIVERSITY MEDICAL CENTER; MARK EDWARD BANKER, M.D.;
JOHN MARK BAYOUTH, M.D.; LENKA STANKOVA, M.D.; GERALD
ROBERT STEPHENSON, JR.; M.D.; RACHEL TAY, M.D.; RAJESH RAMESH
GANDHI, M.D.; JESSICA GONZALEZ, M.D.; DAVID B. MCREYNOLDS,
M.D.; ROBERT MEDELL, M.D.; HAIBO WANG, M.D.; AMANDA BULL,
CRNA; ASHLEY JONES, CRNA; STEPHEN PARRISH, CRNA; AND GABRIEL
TROHA, CRNA, Appellees

——————————————————————————————————————————

On Appeal from the 96th District Court

Tarrant County, Texas
Trial Court No. 096-282882-15

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Motion to Dismiss" and "Appellees' Joint Response to Appellants' Motion to Dismiss." We grant the motion and dismiss this appeal as to all parties. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 28, 2021